THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMITRIC TYRONE HAWKINS,<br><br>Defendant. | CASE NO. CR15-0040-JCC<br><br>ORDER CONTINUING TRIAL |

This matter comes before the Court on the parties' stipulated Motion to Continue Trial and Pretrial Motions Dates (Dkt. No. 19). The parties request a continuance of the trial to June 15th, 2015. Defendant has filed a Speedy Trial Waiver through to June 30th, 2015. (Dkt. No. 20.) Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the Motion for the reasons explained herein, and ORDERS trial in this matter CONTINUED to June 15, 2015 and the pretrial motions deadline CONTINUED to May 15, 2015.

Defense counsel has requested such a continuance to ensure adequate time to fully discuss the factual and legal issues presented in this case, in addition to the benefits and risks of proceeding to trial or resolving this case through a guilty plea. Because the Defendant's health and child care responsibilities have made it difficult for him to meet with Defense counsel,

additional time is required to ensure that the Defendant can make a fully informed decision about whether to proceed to trial or accept a plea offer.

The Court also takes into account the fact that Assistant United States Attorney Hampton was recently assigned to this case, and a continuance provides additional time for him to familiarize himself with the facts and prepare the government's case for trial.

The Court finds that the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the Defendant in any speedier trial as set forth in 18 U.S.C. § 3161(h)(7)(A).  Additional time between the current trial date of April 20, 2015, and the new trial date is necessary to provide the parties reasonable time to prepare for trial, and the period of delay from the date of this Order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THUS ORDERED that the trial date is continued to June 15, 2015, and the pretrial motions deadline to May 15, 2015.

For the foregoing reasons, the Motion to Continue Trial (Dkt. No. 19) is GRANTED.

DATED this 31st day of March 2015.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE